UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: **David F. Iascone** and **Cindy A. Iascone**<br><br>Debtor(s) | BK No. **1:05–bk–11165**<br><br>Chapter **7** |

## *ORDER TO SHOW CAUSE WHY THE DOCUMENT SHOULD NOT BE STRICKEN OR DENIED FOR FAILURE TO COMPLY WITH ADMINISTRATIVE ORDER RE: ELECTRONIC FILING*

On 7/10/06, Debtors filed Amended Schedules with the court, which required the filing of a Declaration Regarding Electronic Filing, R.I. Local Bankr. Form P.4. A deadline of fifteen days was given for the filing of this document and to date, the filer has failed to file LBR Form P.4 within the above deadline, or seek and extension of time to do so.

Accordingly, Debtors are/ is hereby ORDERED TO SHOW CAUSE, in writing, on or before 8/3/06 why the underlying document(s) should not be stricken and/or denied as appropriate for failure to comply with Administrative Order RE: Electronic Filing. Compliance can be made by filing LBR Form P.4, with the required signatures prior to the above deadline. Failure to comply with this order will result in the automatic denial/striking of said document(s).

*ORDER:*                                                                 *ENTER:*

By: **LJS**                                                              Arthur N. Votolato
Deputy Clerk                                                             U.S. Bankruptcy Judge
                                                                         Date: **7/27/06**

Entered on Docket: **7/27/06**
Document Number: **70 – 69**

170.jsp #170