UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:                                                                    Chapter 7
David F. Iascone                                                    Case No. 05-11165
Cindy A. Iascone                                                  Honorable Arthur N. Votolato

      Debtors

_____/

### ORDER RE: MOTION OF CITI RESIDENTIAL LENDING, INC. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362

Citi Residential Lending, Inc., by and through its attorneys Orlans Moran PLLC, having filed a Motion for Relief from Stay regarding the real property known and numbered as 220 Cherry Hill Road, Johnston, Rhode Island (the "Property") on October 29, 2007 and an Affidavit of Debtors' Failure to Cure Default on December 3, 2008, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Citi Residential Lending, Inc. for Relief From Stay is allowed and Citi Residential Lending, Inc. is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage and applicable state and federal law and to commence a summary process action against occupants of that Property and that entry of the Order shall be effective immediately upon entry, notwithstanding the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At <u>Providence</u> this <u>16th</u> day of <u>December</u>, 2008

_____
Honorable Arthur N. Votolato
U.S. BANKRUPTCY JUDGE
12/16/08

Entered on Docket: 12/16/08