# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In re: IASCONE, DAVID F.          §   Case No. 05-11165-DF
       IASCONE, CINDY A.           §
                                             §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

     Charles A. Pisaturo Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $692,600.00 *(without deducting any secured claims)* | Assets Exempt: $62,600.00 |
| Total Distribution to Claimants: $11,843.75 | Claims Discharged Without Payment: $213,510.64 |
| Total Expenses of Administration: $63,372.43 | |

     3) Total gross receipts of $ 75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $75,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 63,372.43 | 63,372.43 | 63,372.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,074,930.50 | 225,354.39 | 11,843.75 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,138,302.93 | $288,726.82 | $75,216.18 |

4) This case was originally filed under Chapter 7 on October 05, 2005. The case was pending for 108 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2014          By: /s/Charles A. Pisaturo Jr.
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent transfer action v. Charda, et.al (u) | 1241-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$75,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charles Pisaturo | 2100-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |
| Charles A. Pisaturo Jr. | 2200-000 | N/A | 334.32 | 334.32 | 334.32 |
| Charles A. Pisaturo, Jr. | 3110-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |
| Alden C. Harrington | 3120-000 | N/A | 317.80 | 317.80 | 317.80 |
| Matthew J. McGowan | 3120-000 | N/A | 193.60 | 193.60 | 193.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Matthew J. McGowan | 3210-600 | N/A | 22,764.50 | 22,764.50 | 22,764.50 |
| Alden C. Harrington | 3210-600 | N/A | 25,500.00 | 25,500.00 | 25,500.00 |
| Rabobank, N.A. | 2600-000 | N/A | 32.36 | 32.36 | 32.36 |
| Rabobank, N.A. | 2600-000 | N/A | 118.61 | 118.61 | 118.61 |
| Rabobank, N.A. | 2600-000 | N/A | 111.24 | 111.24 | 111.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $63,372.43 | $63,372.43 | $63,372.43 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CIT Technology Financing Services Inc. | 7100-000 | N/A | 9,785.54 | 9,785.54 | 505.93 |
| 2 | Citicorp Vendor Finance Inc. | 7100-000 | N/A | 4,682.07 | 4,682.07 | 0.00 |
| 3 | Coventry Lumber, Inc. | 7100-000 | N/A | 10,635.33 | 10,635.33 | 549.87 |
| 4 | Harvey Industries | 7100-000 | N/A | 6,924.64 | 6,924.64 | 358.02 |
| 5 | Fleet Bank | 7100-000 | N/A | 618,864.19 | 164,000.00 | 8,479.12 |
| 6 | Douglas Lumber | 7100-000 | N/A | 49,836.23 | 0.00 | 0.00 |
| 7 | Ford Motor Credit | 7100-000 | N/A | 7,814.09 | 7,814.09 | 404.00 |
| 8 | Greenwood Credit Union | 7100-000 | N/A | 2,372.86 | 2,372.86 | 122.68 |
| 9 | Greenwood Credit Union | 7100-000 | N/A | 2,881.79 | 2,881.79 | 148.99 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Westport Winwater | 7100-000 | N/A | 33,448.02 | 0.00 | 0.00 |
| 11 | American Express Travel Related Svcs Co | 7100-000 | unknown | 11,618.63 | 11,618.63 | 600.71 |
| 12 | Firstcorp | 7100-000 | N/A | 4,181.19 | 4,181.19 | 216.18 |
| 13 | Washington International Insurance Company | 7100-000 | N/A | 293,361.69 | 0.00 | 0.00 |
| 14 | eCAST Settlement Corporation assignee of | 7200-000 | N/A | 17,319.20 | 0.00 | 0.00 |
| 15 | eCAST Settlement Corporation successor to | 7100-000 | N/A | 746.78 | 0.00 | 0.00 |
| | United States Bankruptcy Court | 7100-000 | N/A | 458.25 | 458.25 | 458.25 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,074,930.50 | $225,354.39 | $11,843.75 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-11165-DF  **Trustee:** (590100) Charles A. Pisaturo Jr.
**Case Name:** IASCONE, DAVID F.  **Filed (f) or Converted (c):** 10/05/05 (f)
IASCONE, CINDY A.  **§341(a) Meeting Date:** 10/28/05
**Period Ending:** 10/14/14  **Claims Bar Date:** 03/13/07

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family at 220 Cherry Hill Road Johnston | 425,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Citizens Bank-Savings Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Citizens Bank-Checking Account | 12,000.00 | 0.00 | | 0.00 | FA |
| 5 | Various Items | 8,000.00 | 0.00 | | 0.00 | FA |
| 6 | Various Items | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | Various Items | 3,500.00 | 0.00 | | 0.00 | FA |
| 8 | Individual Retirement Account (David) | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | Individual Retirement Account (Cindy) | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | 100% shares of Dicon Corporation, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Anticipated Tax Refund | 400.00 | 0.00 | | 0.00 | FA |
| 12 | Civil Action Against Town of Johnston (a) (u) | 100,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1998 Nissan Maxima | 2,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2001 Volvo | 4,500.00 | 0.00 | | 0.00 | FA |
| 15 | 2002 Sandancer (no equity) | 125,000.00 | 0.00 | | 0.00 | FA |
| 16 | Fraudulent transfer action v. Charda, et.al (u) (u) | 0.00 | 75,000.00 | | 75,000.00 | FA |
| 16 | **Assets Totals** (Excluding unknown values) | **$692,600.00** | **$75,000.00** | | **$75,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  June 30, 2010  **Current Projected Date Of Final Report (TFR):**  February 28, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-11165-DF
**Case Name:** IASCONE, DAVID F.
IASCONE, CINDY A.
**Taxpayer ID #:** **-***0572
**Period Ending:** 10/14/14

**Trustee:** Charles A. Pisaturo Jr. (590100)
**Bank Name:** Rabobank, N.A.
**Account:** ******6266 - Checking Account
**Blanket Bond:** $27,825,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/18/13 | {16} | R.I. Seekonk Holdings, LLC | settlement payment from court aproved settlement of AP against Charles Tapaliana nd Charda Properties. | 1241-000 | 75,000.00 | | 75,000.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.36 | 74,967.64 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.61 | 74,849.03 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.24 | 74,737.79 |
| 03/06/14 | 101 | Matthew J. McGowan | Ref # SPECIAL COUNSEL | 3210-600 | | 22,764.50 | 51,973.29 |
| 03/06/14 | 102 | Matthew J. McGowan | Special counsel expenses (Order #375) | 3120-000 | | 193.60 | 51,779.69 |
| 05/29/14 | 103 | Alden C. Harrington | Dividend paid 100.00% on $25,500.00, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 25,500.00 | 26,279.69 |
| 05/29/14 | 104 | Charles Pisaturo | Dividend paid 100.00% on $7,000.00, Trustee Compensation;  Reference: | 2100-000 | | 7,000.00 | 19,279.69 |
| 05/29/14 | 105 | Charles A. Pisaturo Jr. | Dividend paid 100.00% on $334.32, Trustee Expenses;  Reference: | 2200-000 | | 334.32 | 18,945.37 |
| 05/29/14 | 106 | Alden C. Harrington | Dividend paid 100.00% on $317.80, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 317.80 | 18,627.57 |
| 05/29/14 | 107 | Charles A. Pisaturo, Jr. | Dividend paid 100.00% on $7,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 7,000.00 | 11,627.57 |
| 05/29/14 | 108 | CIT Technology Financing Services Inc. | Dividend paid  5.17% on $9,785.54; Claim# 1; Filed: $9,785.54; Reference: | 7100-000 | | 505.93 | 11,121.64 |
| 05/29/14 | 109 | Citicorp Vendor Finance Inc. | Dividend paid  5.17% on $4,682.07; Claim# 2; Filed: $4,682.07; Reference: Voided on 08/25/14 | 7100-000 | | 242.07 | 10,879.57 |
| 05/29/14 | 110 | Coventry Lumber, Inc. | Dividend paid  5.17% on $10,635.33; Claim# 3; Filed: $10,635.33; Reference: | 7100-000 | | 549.87 | 10,329.70 |
| 05/29/14 | 111 | Harvey Industries | Dividend paid  5.17% on $6,924.64; Claim# 4; Filed: $6,924.64; Reference: | 7100-000 | | 358.02 | 9,971.68 |
| 05/29/14 | 112 | Fleet Bank | Dividend paid  5.17% on $164,000.00; Claim# 5; Filed: $618,864.19; Reference: | 7100-000 | | 8,479.12 | 1,492.56 |
| 05/29/14 | 113 | Ford Motor Credit | Dividend paid  5.17% on $7,814.09; Claim# 7; Filed: $7,814.09; Reference: | 7100-000 | | 404.00 | 1,088.56 |
| 05/29/14 | 114 | Greenwood Credit Union | Dividend paid  5.17% on $2,372.86; Claim# 8; Filed: $2,372.86; Reference: | 7100-000 | | 122.68 | 965.88 |
| 05/29/14 | 115 | Greenwood Credit Union | Dividend paid  5.17% on $2,881.79; Claim# 9; Filed: $2,881.79; Reference: | 7100-000 | | 148.99 | 816.89 |
| 05/29/14 | 116 | American Express Travel Related Svcs Co | Dividend paid  5.17% on $11,618.63; Claim# 11; Filed: $11,618.63; Reference: | 7100-000 | | 600.71 | 216.18 |

Subtotals :       $75,000.00       $74,783.82

{} Asset reference(s)

Printed: 10/14/2014 11:47 AM       V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 05-11165-DF
**Case Name:** IASCONE, DAVID F.
IASCONE, CINDY A.
**Taxpayer ID #:** \*\*-\*\*\*0572
**Period Ending:** 10/14/14

**Trustee:** Charles A. Pisaturo Jr. (590100)
**Bank Name:** Rabobank, N.A.
**Account:** \*\*\*\*\*\*6266 - Checking Account
**Blanket Bond:** $27,825,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/14 | 117 | Firstcorp | Dividend paid 5.17% on $4,181.19; Claim# 12; Filed: $4,181.19; Reference: Stopped on 08/29/14 | 7100-000 | | 216.18 | 0.00 |
| 08/25/14 | 109 | Citicorp Vendor Finance Inc. | Dividend paid 5.17% on $4,682.07; Claim# 2; Filed: $4,682.07; Reference: Voided: check issued on 05/29/14 | 7100-000 | | -242.07 | 242.07 |
| 08/29/14 | 117 | Firstcorp | Dividend paid 5.17% on $4,181.19; Claim# 12; Filed: $4,181.19; Reference: Stopped: check issued on 05/29/14 | 7100-000 | | -216.18 | 458.25 |
| 08/29/14 | 118 | United States Bankruptcy Court | Uncashed checks for unclaimed funds | 7100-000 | | 458.25 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 75,000.00 | 75,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 75,000.00 | 75,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$75,000.00** | **$75,000.00** | |

Net Receipts : 75,000.00
───────────
Net Estate : $75,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # \*\*\*\*\*\*6266** | 75,000.00 | 75,000.00 | 0.00 |
| | $75,000.00 | $75,000.00 | $0.00 |

{} Asset reference(s)

Printed: 10/14/2014 11:47 AM V.13.15